

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2018

No. 04-18-00319-CV

**IN THE INTEREST OF N.D.S. AND I.F.S., CHILDREN**,

From the County Court at Law, Starr County, Texas
Trial Court No. CC-16-367
Honorable Romero Molina, Judge Presiding

## O R D E R

The court reporter responsible for filing the reporter's record in this appeal filed a letter informing the court that the reporter's record has not been filed because appellant has failed to file a designation of record. TEX. R. APP. P. 34.6(b)(1). The court reporter's letter also states appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

In an order dated July 19, 2018, we ordered appellant to file written proof with this court on or before July 30, 2018, that she filed a designation of record with the court reporter. *See* TEX. R. APP. P. 34.6(b)(c). We additionally ordered appellant to provide written proof to this court on or before July 30, 2018 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. We warned appellant that if she failed to respond within the time provided, appellant's brief would be due within thirty days from the date of the order. We additionally warned the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellant has not filed a response. Accordingly, **appellant's brief is due on or before August 18, 2018**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court